**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON MENDEZ, and other similarly situated individuals,**

    **Plaintiff,**

                                              Case No: 6:22-cv-01297-PGB-EJK

**v.**

**FONDA EL CRIOLLITO RESTAURANT LLC and ALBERTO COSS CORTES,**

    **Defendants.**
_____/

**JOINT NOTICE OF SETTLEMENT**

        Plaintiff, JASON MENDEZ, and Defendants, FONDA EL CRIOLLITO RESTAURANT, LLC and ALBERTO COSS CORTES, through their undersigned counsel and pursuant to the Court's Scheduling Order (D.E. 15) and Local Rule 3.09(a), M.D. Fla., hereby notify the Court that they have reached an agreement in principle to settle the above-captioned lawsuit in its entirety. The Parties will prepare the appropriate settlement documents and file a joint motion for approval of the settlement within the timeframe set forth in the Scheduling Order.

        *Remainder of page left blank intentionally.*

Respectfully submitted this 19th day of September, 2022.

| | |
|---|---|
| SAENZ & ANDERSON, PLLC | KEITH L. HAMMOND, P.A. |
| 20900 NE 30th Avenue, Ste. 800 | Hammond Law Center |
| Aventura, Florida 33180 | P.O. Box 470361 |
| Telephone: (305) 503-5131 | Celebration, Florida 34747 |
| Facsimile: (888) 270-5549 | Telephone: (407) 730-9909 |
| Primary: julisse@saenzanderson.com | Facsimile: (800) 861-0585 |
| Primary: msaenz@saenzanderson.com | Primary: keith@hammondlawcenter.com |
| Secondary: tblye@saenzanderson.com | Secondary: admin@hammondlawcenter.com |
| | |
| By: /s/ *Julisse Jimenez* | By: /s/ *Keith L. Hammond* |
|    Julisse Jimenez |    Keith L. Hammond |
|    Fla. Bar No. 65387 |    Fla. Bar No. 0164798 |
|    R. Martin Saenz |    Attorney for Defendants |
|    Fla. Bar No. 0640166 | |
|    Attorneys for Plaintiff | |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of September, 2022, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to R. Martin Saenz, Esq. and Julisse Jimenez, Esq., SAENZ & ANDERSON, PLLC, msaenz@saenzanderson.com and julisse@saenzanderson.com.

                                    By: /s/ *Keith L. Hammond*
                                          Keith L. Hammond