**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON MENDEZ,**

      **Plaintiff,**

v.                                                                          Case No: 6:22-cv-1297-PGB-EJK

**FONDA EL CRIOLLITO**
**RESTAURANT LLC and**
**ALBERTO COSS CORTES,**

      **Defendants.**
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "**Motion**") (Doc. 22), filed October 14, 2022. In the Motion, the parties advise the Court that, under the terms of the FLSA Settlement Agreement (Doc. 22-1), Plaintiff "will receive all of the allegedly unpaid minimum wages, overtime compensation, and liquidated damages he would receive if he were to prevail at trial." (Doc. 22, p. 4). Thus, Plaintiff has not compromised his claim within the meaning of the FLSA. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982); *Dees v. Hyrdadry, Inc.*, 706 F. Supp.2d 1227, 1247 ("If judicial scrutiny confirms that the parties' settlement involves no compromise, the district court should approve the settlement and dismiss the case . . . .").

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 22) is **GRANTED**;

2. The FLSA Settlement Agreement (Doc. 22-1) is **APPROVED**;

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2022.